# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., and MSN PHARMACHEM PRIVATE LIMITED,<br><br>Defendants. | C.A. No. 1:18-cv-000114-LPS |

**DEFENDANTS MSN LABORATORIES PRIVATE LIMITED,
MSN PHARMACEUTICALS, INC., AND MSN PHARMACHEM PRIVATE LIMITED
CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc., and MSN Pharmachem Private Limited, by and through the undersigned attorneys, hereby certify that MSN Pharmaceuticals, Inc. and MSN Pharmachem Private Limited are wholly owned subsidiaries of MSN Laboratories Private Limited. MSN Pharmaceuticals, Inc. is the U.S. agent of MSN Laboratories Private Limited. MSN Laboratories Private Limited is privately held and no public entity owns 10% or more of its stock.

|  |  |
|---|---|
| Dated: April 6, 2018 | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>By:  */s/ Geoffrey G. Grivner*<br>Geoffrey G. Grivner (DE Bar No. 4711)<br>BUCHANAN INGERSOLL & ROONEY PC |

919 North Market Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

<u>Of Counsel</u>
Matthew L. Fedowitz
Erin M. Dunston
Mythili Markowski
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6620
Fax: (703) 836-2021
matthew.fedowitz@bipc.com
erin.dunston@bipc.com
mythili.markowski@bipc.com

Philip L. Hirschhorn
BUCHANAN INGERSOLL & ROONEY PC
640 Fifth Avenue, 9th Floor
New York, NY 10019-6102
Tel: (212) 440-4470
Fax: (212) 440-4401
philip.hirschhorn@bipc.com

*Attorneys for Defendants/Counterclaim-Plaintiffs MSN Pharmaceuticals, Inc., MSN Laboratories Private Limited, and MSN Pharmachem Private Limited.*